IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| David Hart Breen, ) | |
| ) | C.A. No. 4:08-804-TLW |
| Appellant, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| William K. Stephenson, Jr., Trustee, ) | |
| ) | |
| Appellee. ) | |
| _____) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that the bankruptcy court's Order denying the Appellant's Motion for Reconsideration be affirmed. (Doc. # 11). No objections to the Report have been filed.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the

1

2

applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 11), and the bankruptcy court's Order denying the Appellant's Motion for Reconsideration is **AFFIRMED**.

    **IT IS SO ORDERED.**

                              s/ Terry L. Wooten
                                **TERRY L. WOOTEN**
                                **UNITED STATES DISTRICT JUDGE**

February 20, 2009
Florence, South Carolina